# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CR-17-290-D ) |
| DANIEL WEBSTER KEOGH and DANIELLE KEOGH a/k/a DANIELLE E. TRUITT, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court are Defendant Daniel Webster Keogh's Motion to Dismiss Counts 12 through 23 of the Indictment for Failure to Produce Relevant, Classified Materials [Doc. No. 99] and Danielle Keogh's Motion to Join [Doc. No. 103] in that Motion. On February 10, 2020, the Court resolved issues presented under the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III § 4, and promptly thereafter, the government produced to Defendants substitutes for the relevant, classified documents that are the subject of the Motions. Accordingly, by Order of February 20, 2020, the Court directed Defendants to identify any issue raised by the Motions that remains unresolved. Neither defendant has made a timely filing in response to the February 20 Order that identifies a remaining issue. The Court therefore finds that the Motions are moot.

IT IS THERFORE ORDERED that Defendant Daniel Webster Keogh's Motion to Dismiss Counts 12 through 23 of the Indictment for Failure to Produce Relevant, Classified Materials [Doc. No. 99] is **DENIED**. Further, Danielle Keogh's Motion to Join Defendant

Daniel Webster Keogh's Motion to Dismiss Counts 12 through 23 of the Indictment for Failure to Produce Relevant, Classified Materials [Doc. No. 103] is **DENIED**.

**IT IS SO ORDERED** this 6th day of March, 2020.

TIMOTHY D. DeGIUSTI
Chief United States District Judge