IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-17-290-D |
| ) | |
| DANIEL WEBSTER KEOGH, ) | |
| a/k/a Web Keogh, and ) | |
| DANIELLE KEOGH ) | |
| a/k/a DANIELLE E. TRUITT, ) | |
| ) | |
| Defendants. ) | |

## ORDER SETTING HEARING

Pursuant to paragraph 6 of the Pretrial Conference Memorandum, the Court will conduct a hearing in accordance with *Missouri v. Frye*, 566 U.S. 134 (2012), for the limited purpose of establishing Defendants' receipt and rejection of the government's most recent plea offers. The Court contemplates a <u>brief</u> inquiry similar to the one discussed in the case of *United States v. Morgan*, 294 F. Supp. 3d 1218 (D. N.M. 2018).

**IT IS THEREFORE ORDERED** that a hearing limited solely to the issue identified by this Order is set in Courtroom 301 on Tuesday, January 11, 2022, at 9:00 A.M.

**IT IS SO ORDERED** this 6th day of January, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge