# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                       )<br>      Plaintiff,                )<br>                                       )<br>vs.                                       )<br>                                     )<br>DANIEL WEBSTER KEOGH,     )<br>                                     )<br>      Defendant.               ) | Case No. CR-17-290-D |

## **O R D E R**

This matter comes before the Court on Defendant's Consolidated Opposition to Motions for Writs of Garnishment [Doc. No. 627]. Defendant contends the Court should not grant any applications for post-judgment writs of garnishment without requiring the government to meet and confer with him or his trial counsel. Defendant asserts that the government filed applications that are unnecessary because he "is willing to turn over all rights to most of these accounts and assets." *See* Def.'s Resp. Br. at 2. Also, Defendant represents that his trial attorneys "have a security interest in certain future compensation owed" from some garnishees. *Id*.

Because the statutory requirements of 28 U.S.C. § 3205 were satisfied, the Court issued all writs of garnishment for which the government applied [Doc. Nos. 612-626 and 628-667]. Service of the writs is now up to the government, and Defendant should address his concerns to the attorney who filed the applications and who is identified in the writs. Defendant does not raise any objection that would warrant quashing a particular writ. For each writ that is served, Defendant will have an opportunity to object and request a hearing,

if appropriate, after the garnishee files an answer. No disposition order will be entered unless the requirements of § 3205(c)(7) are met.

**IT IS THEREFORE ORDERED** that Defendant's Consolidated Opposition to Motions for Writs of Garnishment [Doc. No. 627] is **OVERRULED**.

**IT IS SO ORDERED** this 11th day of September, 2023.

*[signature]*
TIMOTHY D. DeGIUSTI
Chief United States District Judge